# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GARY HUTCHINSON § | |
| a/k/a CORBETT HUTCHINSON § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13cv534 |
| § | (Judge Clark/Judge Mazzant) |
| COMMERCIAL RECOVERY § | |
| SYSTEMS, INC. § | |

## ORDER

On January 15, 2014, Defendant Commercial Recovery Systems, Inc. filed a Suggestion of Bankruptcy (Dkt. #7). The pleading indicates that on November 19, 2013, Defendant filed a Chapter 11 Bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Texas, under Case No. 13-42788.

Accordingly, all claims asserted in the above-styled lawsuit are hereby **STAYED** pending further Order of the Court. *See GATX Aircraft Co. v. M/V Courtney Leigh*, 768 F.2d 711, 716 (5th Cir. 1985).

**IT IS SO ORDERED**.
**SIGNED this 16th day of January, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE