IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**TRANSFER ORDER**

**CIVIL CASES ASSIGNED TO JUDGE RON CLARK**

**IT IS HEREBY ORDERED** that all civil cases currently assigned to Judge Ron Clark, except the following cases: 4:12-cv-313, 4:12-cv-87, 4:12-cv-88, 4:13-cv-236, 4:14-cv-827, 4:12-cv-320, 4:12-cv-583, and 4:14-cv-6, in the Sherman Division of the Eastern District of Texas shall be transferred to the Honorable Amos Mazzant, effective immediately.

So **ORDERED** and **SIGNED** this 5   day of **January, 2015.**

_____
Ron Clark, United States District Judge