# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GARY HUTCHINSON § | |
| a/k/a CORBETT HUTCHINSON § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13cv534 |
| § | (Judge Mazzant) |
| COMMERCIAL RECOVERY § | |
| SYSTEMS, INC. § | |

## ORDER

It is hereby **ORDERED** that Plaintiff shall file a Status Report informing the Court of the status of this case no later than May 14, 2015.

**SIGNED this 7th day of May, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE