# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GARY HUTCHINSON § | |
| a/k/a CORBETT HUTCHINSON § | |
| § | |
| v. § | CIVIL ACTION NO. 4:13cv534 |
| § | (Judge Mazzant) |
| COMMERCIAL RECOVERY § | |
| SYSTEMS, INC. § | |

### ORDER

It is hereby **ORDERED** that this case be ADMINISTRATIVELY CLOSED during the pendency of the bankruptcy case.  Plaintiff is instructed to notify the Court when the bankruptcy matter is resolved and this case is ready to proceed.

**IT IS SO ORDERED.**

SIGNED this 28th day of April, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE