# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GARY HUTCHINSON | § | |
| a/k/a CORBETT HUTCHINSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13cv534 |
| | § | Judge Mazzant |
| COMMERCIAL RECOVERY | § | |
| SYSTEMS, INC. | § | |

### ORDER

This case is currently administratively closed due to a pending bankruptcy case.

It is hereby **ORDERED** that Plaintiff shall file a Status Report informing the Court of the status of this case no later than July 31, 2017.

**IT IS SO ORDERED.**
 **SIGNED** this 21st day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE